UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELENA LAWS,<br><br>         Plaintiff,<br><br>     v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>         Defendants. | Case No. 2:22-cv-01200-AC<br><br>[<s>PROPOSED</s>] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Based on the stipulation of Plaintiff Shelena Laws and Principal Life Insurance Company, and good cause appearing therefore, the Court hereby grants the stipulation to extend the time for Principal Life to respond to the Complaint. Principal Life shall respond to the Complaint on or before August 18, 2022.

IT IS SO ORDERED.

DATED: August 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT